# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DENNIS WISDOM,<br><br>   Plaintiff,<br><br> v.<br><br>JACOBSON WAREHOUSE COMPANY, INC.,<br><br>   Defendant.<br>_____<br><br>JACOBSON WAREHOUSE COMPANY, INC.,<br><br>   Third-Party Plaintiff,<br><br> v.<br><br>SCHNUCK MARKETS, INC.,<br><br>   Third-Party Defendant. | Case No. 3:18-cv-00245-JPG-GCS |

## MEMORANDUM AND ORDER

  The parties have filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 60.) That rule allows the parties to dismiss a case on their own if they file a joint stipulation signed by all parties. Having met the requirements of the rule, the Court **FINDS** that this case is **DISMISSED WITH PREJUDICE**. The Court **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**

**DATED: JULY 23, 2019**

                                  *s/ J. Phil Gilbert*
                                  **J. PHIL GILBERT**
                                  **U.S. DISTRICT JUDGE**